DENNIS M. BROWN, Bar No. 126575
TODD K. BOYER, Bar No. 203132
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:   (408) 998.4150
Facsimile:   (408) 288-5686

Attorneys for Defendant
SEARS, ROEBUCK & CO.

PARNELL KIRBY, Bar No. 186519
LAW OFFICES OF PARNELL KIRBY
1221 Second Street, Suite 300
Santa Monica, CA 90401
Telephone:   (310) 576-9242
Facsimile:   (310) 576-9272

Attorney for Plaintiff,
CHRISTOPHER CASTILLO, an individual

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO,<br><br>                 Plaintiff,<br><br>        v.<br><br>SEARS, ROEBUCK & CO., and Does 1 through 100, inclusive,<br><br>                 Defendants. | Case No. CIV 1:05-CV-00911-OWW-SMS<br><br>**STIPULATION OF PARTIES TO EXTEND TIME FOR TAKING OF DEPOSITIONS OF PLAINTIFF, YADIRA PORTILLO, LINDSAY WHITENDALE, AND STEVEN LEE; PROPOSED ORDER** |

**I.      INTRODUCTION**

Pursuant to Eastern District of California Local Rule 6-144, the parties seek a continuance of the discovery cut-off date for the depositions of Plaintiff, Yadira Portillo, Lindsay Whitendale and Steven Lee, depositions which have been timely and properly noticed prior to the discovery cut-off date of July 14, 2006. The parties stipulate to a continuance of the discovery cut-off date for these depositions for the following reasons:

1.      Defendant Sears, Roebuck and Co. noticed the depositions of Plaintiff and witness Yadira Portillo on May 16, 2006, to occur on June 15 and 16, 2006, respectively. (Declaration of Todd K. Boyer, "Boyer Decl.," ¶ 3.) On or about June 5, 2006, Defendant's counsel

PDF created with pdfFactory trial version www.pdffactory.com

1  became aware that Plaintiff's counsel had previously represented Sears, Roebuck & Co. as an
2  attorney with Jackson Lewis in employment discrimination matters sufficiently similar to the action
3  at bar. (Boyer Decl., ¶ 3.) On June 5, 2006, Defendant's counsel sent Plaintiff's counsel a letter
4  outlining the conflict of interest and requested that Plaintiff's counsel withdraw from the matter
5  voluntarily. (Boyer Decl., ¶ 3.) Because of the conflict of interest, Defendant took the depositions it
6  noticed off calendar pending Plaintiff's counsel's withdrawal and substitution of new counsel.
7  (Boyer Decl., ¶ 4.)

8      2. Plaintiff Christopher Castillo noticed the deposition of Defendant's employee,
9  Steven Lee to occur on June 2, 2006. Because of the need for additional written discovery, Mr.
10 Lee's deposition was taken off calendar. (Boyer Decl., ¶ 5.)

11     3. The parties submitted a stipulation to the court requesting that all of the case
12 scheduling dates, including, but not limited to, trial date, discovery cut-off date, dispositive motion
13 filing deadline date, be continued 90 days so that Plaintiff could locate substitute counsel. Because
14 the stipulation did not show that Plaintiff received notice of the request for a 90-day continuance,
15 *inter alia*, the Court denied the parties' stipulation without prejudice

16     4. Because of the impending discovery cut-off date, on June 28, 2006, Defendant
17 renoticed the deposition of Plaintiff and Yadira Portillo to occur on July 12 and 13, 2006,
18 respectively. (Boyer Decl., ¶ 6.)

19     5. On July 7, in accordance with the Court's order denying, without prejudice,
20 the parties' initial stipulation to continue the case scheduling dates 90 days, the parties re-submitted
21 the stipulation to continue the case scheduling dates 90 days. (Boyer Decl., ¶ 7.)

22     6. On July 10, 2006, Defendant's counsel's assistant called the Court Clerk to
23 inquire as to whether the Court had approved of the stipulation to continue the case scheduling dates
24 90 days and was informed that the Court was unavailable the week of July 10. Defendant's counsel
25 spoke to Judge Wanger's clerk who informed him that the parties should stipulate to continuing the
26 discovery cut-off date with respect to the pending depositions until the Court could rule on the re-
27 submitted stipulation to continue the case scheduling dates. (Boyer Decl., ¶ 8.)

28 * * *

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

NO. CIV 1:05-CV-00911-OWW SMS          2.          STIPULATION OF PARTIES TO EXTEND TIME
Firmwide:81307341.1 016144.1141                    FOR TAKING OF DEPOSITIONS

PDF created with pdfFactory trial version www.pdffactory.com

**II.    STIPULATION**

Because of the uncertainty as to whether the Court will grant the parties' resubmitted stipulation to continue the case scheduling dates, the parties hereby stipulate to extend the discovery cut-off deadline for the depositions of Plaintiff, Yadira Portillo, Lindsay Whitendale, and Steven Lee for 30 days.  If the Court grants the parties' resubmitted stipulation to continue the case scheduling dates for 90 days, the resubmitted stipulation to continue the case scheduling dates supercede this stipulation and shall control the discovery cut-off dates for the depositions of Plaintiff, Yadira Portillo, Lindsay Whitendale, and Steven Lee.

So stipulated.

Dated: July 11, 2006

/ s / *TODD K. BOYER*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK & CO.

Dated: July 13, 2006

/s / *PARNELL KIRBY*
(as authorized on 07/13/06)
PARNELL KIRBY
Attorney for Plaintiff
CHRISTOPHER CASTILLO

**ORDER**

Good cause appearing, the Court hereby approves the parties' stipulation as outlined above.  IT IS SO ORDERED.

July19, 2006     /s/ OLIVER W. WANGER

HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

NO. CIV 1:05-CV-00911-OWW SMS
Firmwide:81307341.1 016144.1141

3.

STIPULATION OF PARTIES TO EXTEND TIME FOR TAKING OF DEPOSITIONS

PDF created with pdfFactory trial version www.pdffactory.com