**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHRISTOPHER CASTILLO,** )<br>)<br>)<br>          **Plaintiff,** )<br>)<br>     **v.** )<br>)<br>**SEARS, ROEBUCK & CO.,** )<br>)<br>)<br>          **Defendant** )<br>_____) | **1:05-cv-0911 OWW SMS**<br><br>**ORDER DISMISSING ACTION**<br>**PURSUANT TO STIPULATION** |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:    January 17, 2007              /s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE

1